

**FILED**

OCT 18 2016

Clerk, U.S District Court
District Of Montana
Missoula

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| In the Matter of the Search of: | MJ 16-79 -M-JCL |
| A Grey LG Cell Phone, Black LG Flip Phone, Silver iPhone, Two Alcatel One Touch Flip Phones, Brown and Tan Purse, All Located at FBI Resident Agency, 200 East Broadway, Ste 336, in Missoula, Montana; and BMW SUV Located at Missoula Police Department Storage Facility, 1305 Scott Street, in Missoula, Montana. | ORDER |

Based on motion of the United States and good cause appearing,

IT IS HEREBY ORDERED that this case and all pleadings in it, including the Application and Affidavit for Search Warrant and Search Warrants filed herein, are SEALED.

IT IS FURTHER ORDERED that this case is unsealed for the limited purposes of providing copies of documents in discovery, upon initial appearance on an Indictment by any defendant related to this search warrant and service/receipt of request for discovery by defense counsel, pursuant to Fed. R. Crim. P. 16.

DATED this /8th day of October, 2016.

                                            _____
                                            JEREMIAH C. LYNCH
                                            United States Magistrate Judge