IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED
OCT 26 2016
Clerk, U.S District Court
District Of Montana
Missoula

| | |
|---|---|
| In the Matter of the Search of:<br><br>2 LG cellular phones, 1 iPhone, 2 Alcatel cell phones, a purse and a BMW vehicle, all located in Missoula, Montana | MJ-16-79-M-JCL<br><br>ORDER |

The warrant in the above-entitled matter having been executed and returned - together with a copy of the certified inventory of the property seized - to the undersigned, the Clerk of Court is directed to file the same.

IT IS SO ORDERED.

DATED this 25th day of October, 2016.

_____
Jeremiah C. Lynch
United States Magistrate Judge